UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOSE QUEZADA,
                              Plaintiff,

                              21 Civ. 4061 (LGS)
-against-
                              ORDER

SECOND NATURE BRANDS, INC.,
                            Defendant.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated May 24, 2021, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

      WHEREAS, the initial pretrial conference is currently scheduled for July 8, 2021, at 10:50 a.m.;

      WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

      **ORDERED** that the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **July 6, 2021**, at **noon**.

Dated: July 2, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE